ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
ERIKA A. FURLONG, Trial Attorney
READE E. WILSON, Trial Attorney
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:   (202) 598-9571 (Furlong)
       (202) 598-3546 (Wilson)
Email: Erika.Furlong@usdoj.gov
       Reade.Wilson@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS, | |
| Plaintiff, and | |
| ANIMAL WELLNESS ACTION and THE CENTER FOR A HUMAN ECONOMY, | Lead Case No. 3:24-cv-1928-AN |
| Consolidated Plaintiffs, | Member Case No. 3:25-cv-01739-AN |
| v. | |
| BRIDGET FAHEY, in her official capacity as the Acting Regional Director of the U.S. Fish and Wildlife Service; et al., | NOTICE OF RESTORATION OF APPROPRIATIONS |
| Defendants, | |
| KLAMATH-SISKIYOU WILDLANDS CENTER, et al., | |
| Defendant-Intervenors, | |
| U.S. FISH AND WILDLIFE SERVICE, et al., | |
| Consolidated Defendants. | |

Pursuant to the Court's October 31, 2025 order (ECF No. 46), Federal Defendants hereby provide notice that in the evening on November 12, 2025, funding for the Department of Justice and other executive agencies was restored, ending the lapse in appropriations that began on October 1, 2025. Accordingly, the Parties will file a joint proposed summary judgment briefing schedule within fourteen days of that date, or by Wednesday, November 26, 2025. *See id.*

Dated: November 13, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Erika Furlong*
ERIKA A. FURLONG, Trial Attorney
Wildlife & Marine Resources Section
READE E. WILSON, Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:    (202) 598-9571 (Furlong)
        (202) 598-3546 (Wilson)
Email: Erika.Furlong@usdoj.gov
        Reade.Wilson@usdoj.gov

*Attorneys for Federal Defendants*